IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| RENEE O. ATKINSON-BUSH, | * |
|    Plaintiff-Appellant | * |
| v. | *   Appeal No. 13-1838 |
| BALTIMORE WASHINGTON MEDICAL CENTER, INC., | * |
| | * |
|    Defendant-Appellee. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR EXTENSION TO SUBMIT APPELLANT'S BRIEF AND RESET SCHEDULE, CONSENT IN PART FROM APPELLEE

COMES NOW the Appellant, Renee Atkinson-Bush ("Appellant"), and hereby submits this Motion for Extension to Submit Appellant's Brief and Reset Schedule, with the Consent in Part of the Appellee Baltimore Washington Medical Center, Inc. ("Appellee"), which consent is for a portion of the time requested. In support of this Motion, the Appellant states:

1. The parties originally agreed to a briefing schedule as set forth in the Consent Motion for Extension to Submit Appellant's Brief and Reset Schedule. The stipulated briefing schedule set forth an Appendix and Opening brief due June 13, 2014, with a response brief due August 12, 2014.

1

2. The clerk's office granted the briefing schedule extension. However—and this was just now discovered by counsel for the Appellant through communications with the clerk—the dates the parties set forth had been changed.

3. Appellant's counsel has been mostly out of the office since the end of April, initially through vacation and then through health issues. At the end of April, undersigned counsel attended hearings and prepared for an out of country vacation (Egypt) beginning April 30, 2014. Upon return from the overseas trip, on May 12, I had a rather severe illness which lasted through that work week. Following my recovery, and taking a bike ride for exercise the evening of Saturday, May 17, I had a front tire blow out which left me unconscious and required an ambulance trip and treatment at Maryland Shock Trauma. I was ordered to rest and not do legal work last week, and only participated in a family law hearing last Friday. Undersigned counsel is currently catching up on work that accrued during this time period. Today, May 30, 2014, is the fourth full day of work since the end of April.

4. Appellant therefore requests an extension until June 27, 2014 (4 weeks from today) to file the brief and appendix. Undersigned counsel has a significant backlog of work and at minimum four hearings in unrelated matters during this period.

5. Regarding the date for filing the initial brief, Counsel for the Appellee has consented to the original time jointly requested by the parties, June 13, 2014, but not the date currently requested, June 27, 2014 (due to counsel for the Appellant being off work for almost a month and the heavy schedule upon return).

6. Appellee requests an extension for filing the Response brief, and Appellant supports their being granted sixty days to submit the Response brief.

Respectfully submitted,

/s/Scott A. Conwell\_\_\_
SCOTT A. CONWELL
CONWELL LAW LLC
2411 Crofton Lane, Suite 2A
Crofton, MD 21114
(410) 451-2707

*Counsel for Appellant*

### Certificate of Service

On May 30, 2014, Counsel for Appellant filed the foregoing document using the CM/ECF System, which will send notice of such filing to all counsel of record in this appeal.


/s/Scott A. Conwell\_\_\_
Scott A. Conwell