FILED: July 3, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1838
(8:10-cv-02350-BEL)

_____

RENEE O. ATKINSON-BUSH, On behalf of herself and all others similarly situated

      Plaintiff - Appellant

v.

BALTIMORE WASHINGTON MEDICAL CENTER, INC.

      Defendant - Appellee

_____

O R D E R

_____

The court defers consideration of the motion for extension of time pending filing of the opening brief and joint appendix on or before July 7, 2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk